IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE MASON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 10-0411-CG-B |
| | ) |
| MITCHELL'S CONTRACTING SERVICE, LLC, | ) ) |
| | ) |
|     Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the court's order entered on September 12, 2011 (Doc. 63), it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendant, Mitchell's Contracting Service, LLC, and against plaintiff, Wayne Mason, as to plaintiff's claims for hostile work environment, discriminatory pay, discriminatory termination, and plaintiff's disparate treatment claims pertaining to his allegations that African Americans were given the least desirable jobs and most deteriorated trucks to drive.  Therefore, the aforementioned claims are hereby **DISMISSED WITH PREJUDICE**.

    **DONE and ORDERED** this 12th day of October, 2011.

                                            /s/  Callie V. S. Granade
                                            UNITED STATES DISTRICT JUDGE